## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE ANDREW CARTER, JR.**        **DATE :   8/25/10**

DOCKET NUMBER:   **10 CR 657 (DGT)** SJ         LOG # : 313-317

DEFENDANT'S NAME :   **DWAYNE MONROE**
✓ Present     ___ Not Present     ✓ Custody     ___ Bail

DEFENSE COUNSEL :   **MARK DEMARCO**
___ Federal Defender     ✓ CJA     ___ Retained

A.U.S.A: **MATTAMATRUDA**        DEPUTY CLERK :   **K. DILORENZO**

INTERPRETER : _____ (Language) _____

_____ Hearing held.   _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Order of Excludable Delay entered.   Code Type ____   Start _____   Stop _____

____ Order of Speedy Trial entered.   Code Type ____   Start _____   Stop _____

**X** Defendant's first appearance.   ✓ Defendant arraigned on the indictment.

✓ Attorney Appointment of ____ FEDERAL DEFENDER ✓ CJA

✓ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____